UNITED STATES DISTRICT COURT
WESTERN          DISTRICT OF TENNESSEE
EASTERN DIVISION

Judy Akers
109 Gibson Highway, 6B
Milan, Tennessee 38358
SSN: 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
        Plaintiff,

        v.                              Civil Action No. 05-1051T
Jo Anne B. Barnhart
Commissioner of
Social Security,
        Defendant.


ORDER

        Wherefore, for good cause shown and it appearing to the court that Plaintiff

requires extra time to prepare Plaintiff's brief,  and, because the United States Attorney

representing the government in this matter consents to the additional time requested,

        It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an

additional period of time, up to and including August 8, 2005, to file Plaintiff's brief in support

of her Complaint.

                              _____
                              District Court Judge

                              21 July 2005

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/26/05

Approved for entry:

Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service

I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joseph Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 20th day of July, 2005.

Roger Stanfield

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01051 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT