IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JUDY AKERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   No. 05-1051 |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING THE COMMISSIONER OF SOCIAL SECURITY
ADDITIONAL TIME TO FILE A BRIEF

Wherefore, for good cause shown and it appearing to the court that the Commissioner of Social Security requires additional time to prepare a brief in this matter, and, because counsel for Plaintiff consents to the additional time requested,

It is, accordingly, ORDERED, ADJUDGED, and DECREED that the Commissioner of Social Security is granted an additional period of time, up to and including October 12, 2005, to file a brief in support of the Commissioner's position.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

15 September 2005
DATE

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 9/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CV-01051 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT