# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

JUDY A. AKERS,

v.

JO ANNE B. BARNHART        CASE NUMBER:    1:05-1051-T/An
Commissioner of Social Security

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/12/2005, the Commissioner's decision is hereby REVERSED and the matter REMANDED under sentence for of 42 U.S.C. 405(g) for further development, and this case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                               THOMAS M. GOULD
                                               CLERK

10/14/05            BY: _____
DATE                                      DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/17/05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CV-01051 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT